IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALVADOR RODRIGUEZ , *et al.*, | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § | CIVIL ACTION NO. H-10-4611 |
| ALLSTATE TEXAS LLOYD'S, *et al.*, | | |
| Defendants. | | |

**ORDER GRANTING DEFENDANTS' JOINT
EMERGENCY MOTION FOR PROTECTIVE ORDER**

Defendants' joint emergency motion for protective order requesting the court to quash the deposition of Danial Zamani noticed by plaintiffs for February 6, 2012 is granted. (Docket Entry No. 51). The deposition of Daniel Zamani scheduled for February 6, 2012 is quashed.

SIGNED on February 2, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge